IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.C., by and through his parent, his next friend and his parent personally SUE C., <br><br>    Plaintiffs, <br><br>        v. <br><br> COBB COUNTY SCHOOL DISTRICT, <br><br>    Defendant. | CIVIL ACTION FILE <br> NO. 1:04-CV-547-TWT |

OPINION AND ORDER

This is an action under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400, *et seq.* ("IDEA") and section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, claiming that the Cobb County School District has not provided W.C. a free appropriate public education. It is before the Court on the Plaintiff's Motion to Submit Additional Evidence and for Evidentiary Hearing [Doc. 45-1], the Plaintiff's Motion for Court to Accept and Consider His Motion and Brief Out of Time [Doc. 45-2], and the Plaintiff's Motion to Stay Proceedings on Defendant's Motion for Summary Judgment [Doc. 50]. For the reasons set forth below, the Plaintiff's motions are DENIED.

T:\ORDERS\04\WC\staytwt.wpd

After a number of requests to extend discovery, the Court ordered discovery to be completed by February 15, 2005. Accordingly, all motions were to be filed by March 7, 2005. The Court subsequently granted the parties' joint request to extend the deadline to file motions to April 8, 2005. On April 11, 2005, the Plaintiff filed his motion to submit additional evidence. At the same time, he filed a motion for the Court to accept the untimely motion, arguing that a computer error prevented the motion from being filed on time. However, the Plaintiff should have been aware of any need to submit additional evidence since at least the close of discovery. Thus, the Plaintiff's problems meeting the deadline arose because he waited until the last minute to file the motion. Pursuant to Local Rule 7.1(F), the Court declines to consider the untimely motion. The Plaintiff's Motion for Court to Accept and Consider His Motion and Brief Out of Time [Doc. 45-2] is DENIED. The Plaintiff's Motion to Submit Additional Evidence and for Evidentiary Hearing [Doc. 45-1] is DENIED as untimely.

In accordance with the scheduling order, the Defendant filed its motion for summary judgment on April 8, 2005. The Plaintiff had until May 2, 2005, to respond to the motion. On that day, the Plaintiff requested a two-day extension in which to respond. Despite the additional time, the Plaintiff did not file a response. Instead, the Plaintiff filed a motion to stay proceedings on the Defendant's summary judgment

motion pending the Court's order on a previously filed motion to compel and the above-referenced motion to submit additional evidence.[1]  Notably, the Plaintiff did not file his motion to stay when he moved to submit additional evidence.  Rather, he waited until his response to the Defendant's motion was due.[2]  The Plaintiff's motion to stay appears to be simply an improper attempt to delay responding to the Defendant's motion.  Consequently, the Plaintiff's Motion to Stay Proceedings on Defendant's Motion for Summary Judgment [Doc. 50] is DENIED.  The Plaintiff is directed to file his response to the Defendant's summary judgment motion within 10 days of this date.

SO ORDERED, this 12 day of October, 2005.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

---

[1] The Court has denied the motion to compel.  (Order, May, 9, 2005.)

[2] Even if the Plaintiff's motion had been timely, a party in an IDEA action does not have the absolute right to present additional evidence outside of the administrative record.  See Walker County School District v. Bennett, 203 F.3d 1293, 1298-99 (11th Cir. 2000).